

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 10, 2021

**By Email**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    **Re:**    *United States v. Michael Giles, et al.*, **21 Mag. 7735**

Dear Judge Davison,

    In light of the arrests of the defendants Michael Giles, Maurice Jackson, and Tyson Royal in the above-titled matter, the Government respectfully requests that the complaint be unsealed.

So Ordered.

*[signature]*

8/10/21

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: ___*[signature]*___
    Jennifer N. Ong
    Assistant Unites States Attorney
    (914) 993-1962